UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Order Filed on January 23, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Hugh Joseph Coffey

Case No.: 16-11823

Hearing Date: 1/23/2017

Judge: Michael B. Kaplan

Chapter: 7

Recommended Local Form:    ☑ Followed    ☐ Modified

# ORDER DENYING MOTION

## TO REINSTATE STAY AS TO CREDITOR, WELLS FARGO

The relief set forth on the following page is hereby **ORDERED**.

**DATED: January 23, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

     A motion or application having been filed on _____12/12_____, 20 _16_ by _Noah M Burstein_____ for entry of an order as set forth above, all interested parties having been duly served, the Court having considered all of the papers submitted, along with any arguments of counsel, and for good cause shown; it is

     ORDERED that the aforesaid motion or application is denied.

     The successful party shall serve this order on the debtor, any trustee and all parties who entered an appearance on this matter.

*Rev. 7/1/04; jml*