UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Order Filed on February 10, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In Re: <br> Hugh Joseph Coffey | Case No.: 16-11823-MBK <br> Hearing Date: n/a <br> Judge: Michael B. Kaplan <br> Chapter: 7 |

# ORDER VACATING FINAL DECREE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: February 10, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The Court having determined that the final decree was entered prematurely in this case on _____02/10/2017_____ and should be vacated for the reason stated below:

- ❏ Debtor has not yet been discharged
- ❏ Adversary Proceeding number _____ is pending
- ☑ Other: Trustee's Final Report not yet filed
  _____
  _____

IT IS ORDERED that said final decree is vacated.

*Rev. 7/1/04; jml*