# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 16−11823−MBK
Chapter: 7
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Hugh Joseph Coffey
  292 Princeton Avenue
  Bayville, NJ 08721

Social Security No.:
  xxx−xx−1796

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Michael B. Kaplan on:

Date:      9/21/17
Time:      10:00 AM
Location:  Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Karen Bezner, Attorney for Trustee

COMMISSION OR FEES
Fees: $4,425.00

EXPENSES
$106.52

Creditors may be heard before the applications are determined.

In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: August 11, 2017
JAN:

Jeanne Naughton
Clerk

```
                      United States Bankruptcy Court
                           District of New Jersey
In re:                                                       Case No. 16-11823-MBK
Hugh Joseph Coffey                                           Chapter 7
      Debtor
                            CERTIFICATE OF NOTICE
District/off: 0312-3        User: admin           Page 1 of 1          Date Rcvd: Aug 11, 2017
                            Form ID: 137          Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 13, 2017.
db            #+Hugh Joseph Coffey,    292 Princeton Avenue,    Bayville, NJ 08721-2312
aty            +KML Law Group, P.C.,    216 Haddon Avenue,    Suite 406,    Westmont, NJ 08108-2812
cr            ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
              (address filed with court:    Ford Motor Credit Company, LLC,    P.O. Box 62180,
                Colorado Springs, CO  80962)
lm             Wells Fargo c/o Caliber Home Loans,    P.O. Box 619063,    Dallas, Tx  75261-9063
516614744      Credigy Receivables, Inc.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
515976426     +Ford Motor Credit,    POB 54200,    Omaha, NE 68154-8000
515976425      Wells Fargo/KML Law GP,    216 Haddon Ave,    Suite406,    Westmont, NJ 08108
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Aug 11 2017 23:18:43    U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 11 2017 23:18:40    United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
516009940      E-mail/PDF: gecsedi@recoverycorp.com Aug 11 2017 23:21:55    Synchrony Bank,
                c/o of Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,
                Miami, FL 33131-1605
                                                                                              TOTAL: 3

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516849987*    ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
              (address filed with court:    Ford Motor Credit Company LLC,    Dept.  55953,    P O Box 55000,
                Detroit  MI, 48255-0953)
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 10, 2017 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor   U.S. Bank Trust, N.A., Et Al...
           dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          John R. Morton, Jr.    on behalf of Creditor    Ford Motor Credit Company, LLC
           ecfmail@mortoncraig.com, mortoncraigecf@gmail.com;mhazlett@mortoncraig.com
          Karen E. Bezner    Kbez@bellatlantic.net,    NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
          Karen E. Bezner    on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net,
           NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
          Noah M Burstein    on behalf of Debtor Hugh Joseph Coffey bursteinlawyer@aol.com
                                                                                             TOTAL: 5
```