UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Order Filed on September 22, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Hugh Joseph Coffey

| | |
|---|---|
| Case No.: | 16-11823 |
| Hearing Date: | 9/21/2017 |
| Judge: | KAPLAN |
| Chapter: | 7 |

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: September 22, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| Karen E. Bezner, Trustee's | $4,425.00 | $106.52 |

*rev. 7/1/04 jml*