UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**Order Filed on September 22, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Hugh Joseph Coffey

| | |
|---|---|
| Case No.: | 16-11823 |
| Hearing Date: | 9/21/2017 |
| Judge: | KAPLAN |
| Chapter: | 7 |

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: September 22, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| Karen E. Bezner, Trustee's | $4,425.00 | $106.52 |

*rev. 7/1/04 jml*

United States Bankruptcy Court
District of New Jersey

In re:  
Hugh Joseph Coffey  
    Debtor

Case No. 16-11823-MBK  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Sep 26, 2017  
                  Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 28, 2017.  
db        #+Hugh Joseph Coffey,   292 Princeton Avenue,   Bayville, NJ 08721-2312

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2017            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 26, 2017 at the address(es) listed below:  
      Denise E. Carlon    on behalf of Creditor    U.S. Bank Trust, N.A., Et Al...  
       dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
      John R. Morton, Jr.    on behalf of Creditor    Ford Motor Credit Company, LLC  
       ecfmail@mortoncraig.com, mortoncraigecf@gmail.com  
      Karen E. Bezner    Kbez@bellatlantic.net, NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com  
      Karen E. Bezner    on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net, NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com  
      Noah M Burstein    on behalf of Debtor Hugh Joseph Coffey bursteinlawyer@aol.com  
                                                                                    TOTAL: 5