In re:
COFFEY, HUGH JOSEPH

**Order Filed on October 6, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Debtor(s)                                        Case No. 16-11823 MBK

### ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES

AND NOW, this _____ day of _____, 20__, upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is ORDERED, that the sum of $2,450.59 is reasonable compensation for the services in this case by KAREN E. BEZNER, trustee; that such sum does not exceed the limitations prescribed by Section 326 of the Bankruptcy Code, that $54.20 is reasonable for actual and necessary expenses advanced by the trustee; and that such sums are awarded to the trustee.

**DATED: October 6, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge