In re:
COFFEY, HUGH JOSEPH

Order Filed on October 6, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Debtor(s)　　　　Case No. 16-11823 MBK

ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES

　　　AND NOW, this _____ day of _____, 20__, upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is ORDERED, that the sum of $2,450.59 is reasonable compensation for the services in this case by KAREN E. BEZNER, trustee; that such sum does not exceed the limitations prescribed by Section 326 of the Bankruptcy Code, that $54.20 is reasonable for actual and necessary expenses advanced by the trustee; and that such sums are awarded to the trustee.

**DATED: October 6, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 16-11823-MBK
Hugh Joseph Coffey                                                      Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin              Page 1 of 1              Date Rcvd: Oct 12, 2017
                            Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 14, 2017.
db          #+Hugh Joseph Coffey,    292 Princeton Avenue,    Bayville, NJ 08721-2312

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 14, 2017                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 12, 2017 at the address(es) listed below:
      Denise E. Carlon    on behalf of Creditor    U.S. Bank Trust, N.A., Et Al...
       dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
      John R. Morton, Jr.    on behalf of Creditor    Ford Motor Credit Company, LLC
       ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com
      Karen E. Bezner    Kbez@bellatlantic.net,    NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
      Karen E. Bezner    on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net,
       NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
      Noah M Burstein    on behalf of Debtor Hugh Joseph Coffey bursteinlawyer@aol.com
                                                                            TOTAL: 5